**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dwight D. LARSON, Defendant–
Appellant.**

No. 02–2833.

United States Court of Appeals,
Seventh Circuit.

Nov. 17, 2005.

Robert E. Lindsay, Department of Justice Tax Division, Appellate Section, Washington, DC, for Plaintiff–Appellee.

Babette P. Salus, Schwing & Salus, Springfield, IL, for Defendant–Appellant.

Before BAUER, RIPPLE, and WOOD, Circuit Judges.

*ORDER*

This case comes back to us following a limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir.2005). The district court determined that "it would have imposed the same term of supervised release on Defendant even if it was aware that the sentencing guidelines were merely advisory." We invited the parties to file memoranda addressing the appropriate disposition of the appeal in light of the district court's statement, but neither did so.

Sentences properly calculated under the sentencing guidelines are presumptively

reasonable, *United States v. Mykytiuk*, 415 F.3d 606, 608 (7th Cir.2005), and defendant Larson's failure to file a response leaves that presumption unrebutted. His sentence does not appear to be unreasonable and is therefore AFFIRMED.